FILED by **DG** D.C.

Apr 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-20240-CR-MARTINEZ/BECERRA

CASE NO. _____

18 U.S.C. § 871

UNITED STATES OF AMERICA

vs.

NIVIANE PETIT PHELPS,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Threats Against the Vice President
### (18 U.S.C. § 871)

On or about February 13, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NIVIANE PETIT PHELPS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the Vice President of the United States, in that she stated, in part, "Kamala Harris you are going to die. Your days are numbered already. Someone paid me $53,000 just to fuck you up," in violation of Title 18, United States Code, Section 871.

### COUNT 2
### Threats Against the Vice President
### (18 U.S.C. § 871)

On or about February 13, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NIVIANE PETIT PHELPS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the Vice President of the United States, in that she stated, in part, "Kamala Harris put a dime on me. I put a fucking dime back on her. $53,000 that's your fucking number. It's on your fucking head bitch," in violation of Title 18, United States Code, Section 871.

## COUNT 3
**Threats Against the Vice President**
**(18 U.S.C. § 871)**

On or about February 14, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NIVIANE PETIT PHELPS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the Vice President of the United States, in that she stated, in part, "Kamala Harris, you gonna fucking die bitch! Okay? If I see you in the street, I'ma kill yo ass, Kamala Harris, fuck you, bitch," in violation of Title 18, United States Code, Section 871.

## COUNT 4
**Threats Against the Vice President**
**(18 U.S.C. § 871)**

On or about February 14, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NIVIANE PETIT PHELPS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the

Vice President of the United States, in that she stated, in part, "I'm going to the gun range just for your ass, until you fuckin' leave the chair. I'm going to round you, ride you, and if I see you I'm going to punch you right in your shit," in violation of Title 18, United States Code, Section 871.

## COUNT 5
### Threats Against the Vice President
### (18 U.S.C. § 871)

On or about February 18, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NIVIANE PETIT PHELPS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the Vice President of the United States, in that she stated, in part, "50 days from today you will die ...Vice President Kamala Harris you will fucking die 50 days from today...$53,000. I'm the hit man," in violation of Title 18, United States Code, Section 871.

## COUNT 6
### Threats Against the Vice President
### (18 U.S.C. § 871)

On or about February 18, 2021, in Miami-Dade County, in the Southern District of Florida, the defendant,

**NIVIANE PETIT PHELPS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the

Vice President of the United States, in that she stated, in part, "and fucking Kamala Harris, I swear to god, today is your day, you gonna die. 50 days from today, mark this day down, you stupid bitch, Kamala fucking Harris Vice President, you gonna fucking die 50 days from today," in violation of Title 18, United States Code, Section 871.

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
ABBIE D. WAXMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| NIVIANE PETIT PHELPS | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____ Defendant/ | **Superseding Case Information:** |

**Court Division:** (Select One)
☑ Miami  ☐ Key West  ☐ FTL
☐ WPB  ☐ FTP

New defendant(s)  ☐ Yes  ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        ☑
   II   6 to 10 days       ☐
   III  11 to 20 days      ☐
   IV   21 to 60 days      ☐
   V    61 days and over   ☐

   (Check only one)
   Petty          ☐
   Minor          ☐
   Misdemeanor    ☐
   Felony         ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **1:21-MJ-02699-AOR**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **April 9, 2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

*Abbie D. Waxman*
ABBIE D. WAXMAN
Assistant United States Attorney
FLA Bar No.     109315

*Penalty Sheet(s) attached                                                             REV 3/19/21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** NIVIANE PETIT PHELPS

**Case No:** _____

Counts #: 1-6

    Threats Against the Vice President

    18 U.S.C. § 871

**\* Max. Penalty**: 5 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.