UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20240-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA,

v.

NIVIANE PETIT PHELPS,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon a *sua sponte* review of the record. After careful consideration, it is:

**ORDERED AND ADJUDGED** that

1. The previous calendar call and trial dates are hereby **CANCELLED**.

2. This case is set for a **STATUS CONFERENCE** on **July 15, 2021 at 1:30 p.m.** in the Miami Division before the Honorable Jose E. Martinez. The Status Conference will take place via Zoom, with instructions to be sent to counsel separately.

3. Calendar call and trial will be reset at the Status Conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of July, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record